IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT
IN AND FOR DUVAL COUNTY, FLORIDA

CASE NO.: 16-2020-CA-XXXX-MA
Div.: CV-G

NICOLE LEWIS,

    Plaintiff,

vs.

KENERD LAMONT ALLEN and
SWEET EXPRESS, LLC,

    Defendant.

_____/

## AMENDED COMPLAINT

Plaintiff, NICOLE LEWIS, (hereinafter "Plaintiff"), by and through his undersigned counsel, sues the Defendants, KENERD LAMONT ALLEN and SWEET EXPRESS, LLC., (hereinafter "Defendants"), and allege the following:

1. This is a civil action for damages in excess of THIRTY THOUSAND DOLLARS ($30,000.00), exclusive of costs, interest and attorneys' fees.

2. All material events to the subject suit were initiated in, or originated out of, or took place in Duval County, Florida.

3. Venue is proper in Duval County, Florida.

## NEGLIGENCE

4. On or about January 29, 2019, Defendant, KENERD LAMONT ALLEN, operated a 2016 FRHT Cascadia Tractor Trailor Semi Truck which was operated on or about North Main Street in Jacksonville, in Duval County, Florida.

5. On or about January 29, 2019, Defendant, KENERD LAMONT ALLEN, negligently operated or maintained his vehicle so that it collided with Plaintiff's motor vehicle.

6. On or about January 29, 2019, Defendant, SWEET EXPRESS, LLC., owned the vehicle that was operated by Defendant, KENERD LAMONT ALLEN, at the time of the subject accident.

7. On or about January 29, 2019, Defendant, KENERD LAMONT ALLEN, was operating the aforementioned Tractor Trailor truck as an employee of defendant, SWEET EXPRESS, LLC.

8. On or about January 29, 2019, Defendant, KENERD LAMONT ALLEN, was engaged in the course and scope of his duties as a truck driver for SWEET EXPRESS, LLC., at the time of the subject accident with Plaintiff's vehicle.

9. SWEET EXPRESS, LLC., is vicariously liable for the actions of their employee driver, KENERD LAMONT ALLEN and the damages caused to Plaintiff as a result of KENERD LAMONT ALLEN's negligence on January 29, 2019.

10. As a direct and proximate result of the motor vehicle collision described herein, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a preexisting condition. The losses are either permanent or continuing and Plaintiffs will suffer the losses in the future.

**WHEREFORE**, Plaintiff, NICOLE LEWIS, sues the Defendant, KENERD LAMONT ALLEN, for compensatory damages in an amount in excess of the jurisdictional limits of this Court, exclusive of interest and costs, and further demands trial by jury of all issues triable.

Respectfully submitted this 2nd day of December, 2020.

**/s/ Joshua T. Frick, Esq.**
Joshua T. Frick
FL Bar No.:  0050721
Frick Law, P.A.
4953 S. Orange Ave.
Orlando, FL 32806
P:   407-427-4844
F:   407-386-9328
Email: Josh@thefricklawfirm.com
*Attorney for Plaintiff*


And

 /s/ David A. Wolf
**David A. Wolf, Esquire**
Florida Bar No.: 857157
Wood, Atter & Wolf, P.A.
100 North Laura Street, Suite 702
Jacksonville, Florida 32202
Tel.: 904-355-8888
Fax: 904-358-3061
Primary email: dwolf@woodatter.com
Secondary email: jfrey@woodatter.com
*Co-Counsel for Plaintiff*